State of INDiana

Petitioner

V

State of INDiana

respondent

-FILED-
JUL 14 2025
AT ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

In the superior court of South Bend Division
U.S. Courthouse
204 S Main St
South Bend, In 46601

3:25-cv-618

Plaintiff

James Odis Slack, Jr.

VS

defendants

MCF warden Brian English

MCF D.I.I.'s

M. Mcgee, Joshua Snow, Ryan Carter,

Trevor (T.) Heishan and M. Bishir

Mattew J. Tyra

Mental Health person X MCF

MCF STG Shupperd Branden

WCA Dep warren Mr. Gean (operation)

unit team Manager Ms T. Cornett WCA

Major Cornett WCA

Person of Maintenane WCA

WCA captain Lewis

WCA STG Burk

Declaration In support of Motion to Proceed in forma Pauperis

Plaintiff is a citizen of Indiana, and is located at WCF, 5501 South 1100 West
Westville, In
46391

Defendants is a person, a citizen of Indiana and whom Resides at MCF 3038 W 850 S, Bunker Hill, In 46914-9810 OR WCF 5501 S 1100 W, Westville, In 46391

Defendant Mattew J. Tyra slander of tittle with accusation (amendment 6) In his Complaint (2024 U.S. Dist. Lexis 206907) that was not true I'm the only James Slack in IND prison and I have not yet mat Defendant Tyra until he came out of P.C. for what he cliam happen to him In MCF KHU my Prison records and conduct is the witness that I live on Ich when this has tooken place (write up MCF-23-12-004641)

Defendants Warden Brian English and D.I.'s M. Mcgee, Joshua Snow, Ryan Carter, Trevor Heishman, and M. Bishir (Amendment 6) I wasn't given the right to be informed of the nature of this crime as I was accused of committed nor WAS I able to confront

AS defendant Tyra kept on believing I had something to do with him begin rape There wasn't a Fact finder as nothing being done ( Sic, Cruel ) from the lack of investigation In care of the matter out of 3 inmates that ran into Defendant Tyra to Rape him only one went to lock up behide it and Defendant Tyra never was told that I wasn't about of it that I never was living on his unit when His rape took place living in Punishment daily fightting fightting and ducking Knives for the blame of a crime that I haven't commentted OR even knowed about (amendment 8)

Policy states that inmates are Job edible in 90 days of clear conduct I WAS denied them rights of liberty rights of economic others who where STG or under 90 days of conduct WAS able to work in the Kitchen I didn't have the same equal opportunely as I was denied many times conduct clear

I have ceritifificate of Achievement to start your own buiness and Handle food, a degree in Hotel and Restaurant and culinary arts as a chef wanted to get this Job not only to stay out of trouble while in Doc but to

learn hands on to surpport my family and my self out of prison after my Interview with Armark supervision because I always complete my task in duties and help others with theirs I was hirer in and was told I start the next day Ms. Ellis my Counselor brought me paper work that states for the 3rd time Defendant DI's denied me without cause

I was accused and written up for 207-B Possesion of Electronic Device (MCF-24-06-002597) in a TV that was found in my cell that wasn't mine my Roommate Steven Warren #186528 Had wrote a witness statement that the TV belong to Jonnthan Grove and Grove witness statment said that he lend His TV to my cellmate Warren The day of my hearing I had a witness statement from Warren that the TV was his StG Hammon had stated that DI Defendants DI told him to find me guilty that he has no choice in the matter

Between the end of Nov and the start of Dec 2024 I went to see Defendant Mental Health Counselor with the fightting and life threat sitaution I was becoming very delusion

seeing people that I know is dead thats trying to fight me I'm losing it from telling myself that this no dream and yet still not Real [MCF-20-06-0034] told her I haven't had sleep in couple months lucky 3 hours the most up worrying she told me not begin able to sleep in prison is regular so she will not see about me getting put back on meds and sent me back to the dorm Defendant SGT Branden Shupperd harass and provoke ones into a heatly moment to cause action and then write them up I wrote a grievance on how the defendant treat inmates and myself Gapski, Michael told me I can not write up staff members [SIC] when it comes to staff It's forbidden to complain about their wrong doings and was sent back and told to rewrite it July 2023 barly holding on in a depress mind fame I caught a A conduct which mess with the chances of me begin release of parole Defendant Shupperd snatch my hygiene off my door after words keep waking me up for nothing in the middle of the night for no Reason dealing with a great deal and lost control Head butt the window in my cell and was cuff and was pull out my cell to be taken to the shower untill mental Health arive

Defendant Shupperd begin to kick my foot trying to trip me to fall and didn't stop until I told Him stop tying to fight me In handcuffs [MCF 23-07-002867] I didn't understand what He was doing to me and How bad I look until He did the same with Jordan Boling # 224057 like that in front of ~~begin~~ me that live next door to me RHU 705 didn't bother or force woke up nobody eles on the range besides him talking to him about lower His tone before He gets mess and His ass beat Jordan reply come on man you Just did me like that and wrote me up for it stating things that didn't happen everybody laugh at him and not seeing how he is begin treated wrong Defendant Sgt Shupperd kept cuming to my cell flashing His flash light in my face to wake me stating that He was going to shake my cell down when I spoke to the L.T. of the unit and told him I want to filed a prea after I told Him what happen He said I can't and then I ask about separtion and He told me He will call up front ~~and he was go to the other side of the unit after~~ and talk with Sgt Coming back to my cell from the shower Defendant Shupperd ran in my cell with OC can [MCF--24-10-004935]

in his hand aim at me and my cell mate and
ask why the wick is at cuff up you going to
Seg my cellmate Edrick willams # 159399
hands held up and stated dont spray we dont
have a wick I WAS move to the other side
of the Unite 12-6-2024 Mentally out of It
need time by myself to get ahold of what all I'm
dealing with I told STG that I need to speak
mental health I'm doing BAD He said no I ask can I
take a shower he states that If you not hurt you cant
leave your cell I grab the razor I will cut myself Plz
call me out I need a moment by my self He then said
If you not bleeding you not leaving your cell going no
where so He mess me in my face mouth and eyes
dripping from mess Handcuff going down the stairs and
Defendant shupperd had kicked my foot tripping me
He grab me as I WAS falling Head first [MCF-24-12-000149]
using excessive force except for pulling me on my feet
He walk me down stairs up side down slapping my head on
each step making ooh sounds [Slack v state]
He broke me I could not Hold strong I tried to use every
Resouce before It got to this NO one care to help me
In time of need and knew whats WAS going on

[8 Amendmen] Defendant StG Burk 12-06-2024 in retaliation deliberate gave me nasty mattress in a cell that the toilet dosent work inmates on range A-4 told him why you moving that pissy smelling matt in to A4-807 the toilet dosen't work thats wrong to move someone into that cell with that matt and He StG Burk reply you don't know what He did He stab a C.O. and child molester and I don't control the bed moves when I was body search He force me to face him backwards and spread my cheeks I tried to lift and swat as I did the whole time I spent in Doc He told me denfendant StG Burk I can do this the easy way or hard way He made me spread my cheeks more then once I told him I just was Body check before I put on my trip gear once I was done He look at me dirty and ask me It wasn't that hard was it but it was to be body search that conduct showing In his needs [Kennth Johnson put a prea on defendant StG Burk for making Gay comments with a candy bar and Twan James tried to stab Him through the food slot because defendant StG Burk kept trying sex play him] The Amish religion group pass out x-mas sacks to all the inmates defendant StG Burk Had staff come pick up mines and bring It to him

and when I ask for confiscation slip I was told that cap. Lewis (said STG Burk) told him to grab my xmas bag and put it in the L.T. office until I get off SMU status when it was time for me to Recive my X-mas bag L.T. and captain said they never heard of anything that I'm talking about my bag was stolen and C/O and others stated that they shared it with each other 12-8-2024 going to rec I ask the defendant STG Burk about getting another matt mines is meldrew and smells like piss He said I then ask about my toilet I said the toilet haven't been able to flush down since I got here can you put in a work order He said no I ask for toilet paper He said no so I ask He whats His name He told me to call Him Mr. NO and to stop asking him Questions before He cancel my Rec fail to report unethical sitaution Defendant Cap. Lewis came to my cell door monday as He looking though my window and looking into my cell I told him about I need a matt that the one I got now is moldy and smelly He say He can't do nothing for me maybe later I ask him to put in a work order to Have my toilet fix It's been 4 days since I had a working toilet to use He yell over His shoulder about my toilet not working to nobody that can hear him but other inmates thats lock in a cell like me

Stg Killinworth told me the last 2 guys left my cell
because the toilet don't work And that Nobody will help you
get It fix be cause what you did and gave me His word that
He will do every thing in his power to help me and to get my
toilet fix that I can ask anybody that He keep His word He
didn't work A-POD again A week pass later toilet still broken
Ofc. Raeleia and Baity allow me to use a plunger that didn't
fix the problem and agree to put in a work order the next time
Baity work he put in another workorder work overtime and put
in one on that shelf as well the defendant custody / maintenace
man came to my range after I put in several Requst slips but not
to fix my toilet but to look at the cell next to mine ~~[illegible]~~ about
the motor don't work to open up A4-206 I ask Him ~~[illegible]~~ did
He get my requst slips about my toilet not working He said He
know He Haven't Had the time to come see whats the matter
with my toilet I then ask him what about now He said He have
to fix the window in A4-202 ~~[illegible]~~ Ofc Ryant put in so many
workorders that He came to my cell and greet me by they still
Haven't came to fit your toilet I will call around when I get
back in office Stg Thomas said He can't believe that I'm living
In these conditions that I'm better then most And that He make
some calls to see if the less He can get me move I made window
Signs that cover 3/4 of my window stating that It been more
then 10 ~~[illegible]~~ working days since I Had a working toilet I Have
a toilet full of poop and Have no where to toilet but on paper
Plz Help me get my toilet fix I gave Defendant Unit team manager
Ms. Cornett grievance and told her about my matt can I sign a
Remitted slip for a new or used matt And I need help getting my
toilet fix I told everybody I said She said I see your signs But can you
blame them you know what you did It will be hard getting your
toilet fix you really put a number on that gaurd Stg Thomas said
He didn't Have the luck to get me move and still working on It they
move A4-201 Because His cable don't work And move A6-202
his light won't come on A3-206 got His toilet fix

complaint-3



Read the signs in my window and He pull out his cell phone before I had a chance to say any thing to him the next day they came to fix my toilet 12-6-24 to 1-14-25 almost 40 days I didn't have a working toilet to use and had to sleep in the same area as a fill up by poop toilet too long I sat like that and complained and nothing was done in condition below consitution minimum standants in Risk of staph infection

Jurisdiction

I am suing for a violation of federal law under U.S.C. § 1331

Relief wanted

To Have Mattew J. Tr[illegible]a stop stating that I rape Him to know that the name dosn't fit the face whom WAS invole in his Rape case

To sue the rest of the defendants for money damages and injunction

to sue each defendant for the sum of $7,000.

Jury Demand

Court Trail - I want a Judge to hear my case

July 2, 2025

James Slack #147721 A4-807
5501 South 1100 West
Westville, In 46391

Complaint – 2

A3-206 got His toilet fix yell down stairs so He can HEar me the same maintenance guy as before the defendant and I said it been over 3wks now can you fix my toilet He states He dosen't have the time to do it today Denfendant Major Cornett He see about it like He said couple times already the last times He did His work through about Dec. 30, 2024 L.T. Daile use his phone and email a work order in front of me outside my cell to Custody and defendent Defendant Dep Warren of Operation Mr. Gann and that I personal wrote 1-3-25 explaining whats going on I wrote Aclu to call to the prison to try to help then 1-6-25 I gave the counselor another grievance about my toilet needs fix ofc. Stroch was making his rounds 1-13-25 and ask me was I for real reading the signs in my window And I reply yes that I have to poop on paper because my toilet is full with month old poop that smell so Bad if I do unclover my toilet I vomit I save up my food until I can go to rec and sneak food in Rec to eat It smell Bad in my cell He then said thats a shame He had the STG to come to my cell to tell him what I told him I had STG Potchen to

Complaint - 4

Request to proceed in South Bend Division County Court with pre paying the filling fee

I James Slack am the Petitioner / plaintiff in the above entitle case. In support of motion to proceed begin required to pay in stallments

My mother Alesia Minter and Onterio Huson Brother give me support as my only source of income

enclose $23.00